# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILOMENA BOGDEN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 17-1514 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | |
| MERCK SHARP & DOHME CORP., ) | |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING CASE

Consistent with the Order to Show Cause dated August 23, 2018 (Doc. 24), to which Plaintiff has not timely responded, this case will be dismissed pursuant to Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir. 1984). Specifically, dismissal is warranted under the Poulis factors regarding Plaintiff's personal responsibility; her failure to demonstrate excusable neglect; and the lack of effective, alternative sanctions. *Id.* at 868.

For these reasons, and consistent with the express terms of the August 23rd Order, the above-captioned case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.


September 5, 2018                                 s\Cathy Bissoon
                                                  Cathy Bissoon
                                                  United States District Judge


cc (via First-Class U.S. Mail):

Philomena Bogden
Fourth Avenue
New Kensington, PA  15068